UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON WADE FERGUSON,<br><br>Defendant. | Case No.: **2:20-mj-00056-VCF**<br><br>**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR AARON WADE FERGUSON (ID# 01415652)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said AARON WADE FERGUSON before the United States District Court at Las Vegas, Nevada, on or about February 10, 2020, at the hour of 2:30 a.m./p.m., for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 2/3, 2020

_____
UNITED STATES MAGISTRATE JUDGE

5

```
 1  NICHOLAS A. TRUTANICH
    United States Attorney
 2  District of Nevada
    Nevada Bar Number 13644
 3  BIANCA R. PUCCI
    Assistant United States Attorneys
 4  501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
 5  PHONE: (702) 388-6336
    Bianca.Pucci@usdoj.gov
 6
    Attorney for Plaintiff United States of America
 7
```

FILED
2020 FEB -3 PM 2: 12
U.S. MAGISTRATE JU...

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: |
| Plaintiff, | ) | 2:20-mj-00056-VCF |
| | ) | |
| vs. | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM FOR |
| AARON WADE FERGUSON, | ) | AARON WADE FERGUSON |
| | ) | (ID# 01415652) |
| Defendant. | ) | |
| | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that AARON WADE FERGUSON, is committed by due process of law in the custody of the Warden, Clark County, Las Vegas, Nevada, that it is necessary that the said AARON WADE FERGUSON be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said AARON WADE FERGUSON may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on or about February 10, 2020, at the hour of 2:30 a.m./p.m., for arraignment and initial appearance from time to time and day to day thereafter until excused by the said Court.

That the presence of the said AARON WADE FERGUSON before the United States District Court on or about February 10, 2020, at the hour of 2:30 a.m./p.m., for

arraignment and initial appearance and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said AARON WADE FERGUSON before the United States District Court on or about February 10, 2020, at the hour of 2:30 a.m./p.m., for arraignment and initial appearance and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County, Las Vegas, Nevada.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/
BIANCA R. PUCCI
Assistant United States Attorney

2