RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Aaron Wade Ferguson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AARON WADE FERGUSON,<br><br>　　　　Defendant. | Case No. 2:20-mj-00056-VCF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci , Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Aaron Wade Ferguson, that the Preliminary Hearing currently scheduled on Tuesday, March 31, 2020 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, however no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The additional time requested herein is sought to permit defendant time to review discovery and conduct investigation in this case in order to determine whether there are

any issues that must be litigated prior to the case proceeding to preliminary hearing or otherwise.

2. The Defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

This is the second request for continuance filed herein.

DATED this 9th day of March 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Bianca R. Pucci*<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON WADE FERGUSON,<br><br>Defendant. | Case No. 2:20-mj-00056-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore:

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled on Tuesday, March 31, 2020 at the hour of 4:00 p.m., be vacated and continued to May 11, 2020 at the hour of 4:00 PM.

DATED this 11th day of March 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3