

RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Aaron Wade Ferguson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>AARON WADE FERGUSON,<br><br>       Defendant. | Case No. 2:20-mj-00056-VCF<br><br>ORDER **TO CONTINUE PRELIMINARY HEARING**<br>(Seventh Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Aaron Wade Ferguson, that the Preliminary Hearing currently scheduled on Tuesday, January 26, 2021 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, however no sooner than ninety (90) days.

   This Stipulation is entered into for the following reasons:

1. On March 11, 2020, the World Health Organization officially classified COVID-19 a pandemic.[1] Governor Steve Sisolak declared a State of Emergency in Nevada on March 12, 2020. On March 16, 2020, the CDC recommended that all in-person events consisting of 10 or more people be postponed or cancelled throughout the United States.[2]

2. In response to the COVID-19 pandemic, this Court issued a series of Temporary General Orders changing how the Court Operates to do its part to contain the spread of the virus. Amended Temporary General Order 2020-03. In Temporary General Order 2020-03, the Court continued all jury trials until April 10, 2020, pending further order. *Id.* Then, on April 9, 2020, this Court amended Temporary General Order 2020-03 stating that "[t]he Court has determined that jury trials must be further postponed in light of the COVID-19 pandemic, and each presiding judge will address any needed continuance of trial in their individual cases." Amended Temporary General Order 2020-03. On August 27, 2020, Chief Judge Du entered Second Amended General Order 2020-03, which allows courtrooms to incrementally begin to hold jury trials in accordance with the Court's internal plan for resuming jury trials.

3. In light of this pandemic, the growing number of infected individuals in the State of Nevada and worldwide, and the CDC's recommendations, counsel for the defendant needs additional time to review the discovery and conduct investigation in this case in order to determine whether there are any issues that must be litigated prior to the case proceeding to preliminary hearing or otherwise.

4. The Defendant is in custody and does not object to the continuance.

5. The parties agree to the continuance.

---

[1] *WHO Characterizes COVID-19 as a Pandemic*, World Health Organization (Mar. 11, 2020) at https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020.

[2] Center for Disease Control: COVID-19 https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/ (last visited Mar. 24, 2020).

6. This continuance is not sought for purposes of delay, but to account for the necessary social-distancing in light of the COVID-2019 public health emergency, to allow the defense adequate time to prepare following the resolution of this public health emergency, to allow counsel for defendant sufficient time within which to be able to effectively complete investigation of the discovery materials provided.

7. Federal Rule of Criminal Procedure 5.1(d) provides that a magistrate judge may extend the time limits in Rule 5.1(c) with the defendant's consent and upon a showing of good cause taking into account the public interest in the prompt disposition of criminal cases. Because of the COVID-19 pandemic, and the resulting various closures and resource limitations, good cause exists to allow the defense more time to prepare for the preliminary hearing.

8. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b) and (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the seventh request for continuance filed herein.

DATED this 22nd day of January 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Rebecca A. Levy<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | /s/ Bianca R. Pucci<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON WADE FERGUSON,<br><br>Defendant. | Case No. 2:20-mj-00056-VCF<br><br>**FINDINGS OF FACT AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. To account for the necessary social-distancing in light of the COVID-2019 public health emergency and with the defendant's consent, the preliminary hearing in this case should be continued for good cause. The additional time requested herein is also sought to permit defendant time to review discovery and conduct investigation in this case in order to determine whether there are any issues that must be litigated prior to the case proceeding to preliminary hearing or otherwise.

2. The parties agree to this continuance.

3. The defendant is incarcerated but does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time within which to be able to effective and complete investigation of the discovery materials provided by the government.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to Federal Rules of Criminal Procedure 5.1(d), the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

## ORDER

IT IS THERFORE ORDERED that the Preliminary Hearing currently scheduled on Tuesday, January 26, 2021 at the hour of 4:00 p.m., be vacated and continued to May 10, 2021 at 4:00 PM in LV Courtroom 3d before Magistrate Judge Cam Ferenbach.

DATED this ___22___ day of January 2021.

_____
UNITED STATES MAGISTRATE JUDGE