RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Aaron Ferguson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>AARON FERGUSON,<br><br>                    Defendant. | Case No. 2:21-cr-00117-JCM-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Aaron Ferguson, that the Sentencing Hearing currently scheduled on October 8, 2021 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty-five (35) days.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Ferguson, which is relevant to the sentencing disposition of this case. Additionally, defense counsel is looking into a factual issue regarding the presentence

report and needs more time to provide a waiver to the probation officer to allow them to obtain the necessary records.

    2.    The defendant is incarcerated and does not object to the continuance.

    3.    The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 29th day of September 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|   /s/ Rebecca A. Levy<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |   /s/ Bianca R. Pucci<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>AARON FERGUSON,<br><br>          Defendant. | Case No. 2:21-cr-00117-JCM-DJA<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, October 8, 2021, at 10:30 a.m., be vacated and continued to December 3, 2021 at the hour of 10:30 a.m.

DATED September 30, 2021.

_____
UNITED STATES DISTRICT JUDGE